IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MODERN POLYMERS, INC., )<br>)<br>Defendant. ) | Civil Action No.: 3:21-cv-00221<br><br><br><br>**WAIVER OF SERVICE OF SUMMONS** |

TO: Katherine J. Christy
      Senior Trial Attorney
      Charlotte District Office
      129 West Trade Street, Suite 400
      Charlotte, North Carolina 28202

     I acknowledge receipt of your request that Modern Polymers, Inc. waive service of a Summons in the action of *EEOC v. Modern Polymers, Inc.*, which is case number 3:21-cv-00221 in the United States District Court for the Western District of North Carolina, Charlotte Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within sixty (60) days after May 12, 2021. If I fail to do so, a default judgment will be entered against me or the entity I represent.[1]

---

    [1] **Duty to Avoid Unnecessary Costs of Service of Summons**

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

| | |
|---|---|
| _____ | _____ |
| Date | William Richard Hilliard |
| | 901 W Academy Street |
| | Cherryville, NC  28021 |
| | |
| | **REGISTERED AGENT FOR DEFENDANT MODERN POLYMERS, INC.** |

___

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.