# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-221-RJC-DCK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| CHRISTIN SMITH, | ) ) |
| Plaintiff-Intervenor, | ) ) |
| v. | ) **ORDER** ) |
| MODERN POLYMERS, INC., | ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Chris Major, concerning Pierce T. MacLennan, on June 23, 2021. Pierce T. MacLennan seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Pierce T. MacLennan is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: June 23, 2021

David C. Keesler
United States Magistrate Judge