# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-221-RJC-DCK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| and | )<br>) |
| CHRISTIN SMITH, | )<br>) |
| Plaintiff-Intervenor, | )<br>)<br>) |
| v. | ) **ORDER**<br>) |
| MODERN POLYMERS, INC., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Chris Major, concerning Christine Gantt-Sorenson, on June 23, 2021. Christine Gantt-Sorenson seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Christine Gantt-Sorenson is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: June 23, 2021

_____
David C. Keesler
United States Magistrate Judge