UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00221-RJC-DCK

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| and CHRISTIN SMITH, | ) ) | |
| Plaintiff-Intervenor | ) ) | |
| v. | ) ) | Case No.: 3:21-cv-00221 |
| MODERN POLYMERS, INC., | ) ) | |
| Defendant. | ) ) | |
| CHRISTIN SMITH, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 3:21-cv-00324 |
| MODERN POLYMERS, INC., and JOHN STANLEY, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER CONSOLIDATING CASES

**THIS MATTER** comes before the Court on Defendant Modern Polymers, Inc.'s unopposed Motion to Consolidate filed in <u>EEOC et al. v. Modern Polymers, Inc.</u>, Case No. 3:21-cv-00221-RJC-DCK. (Doc. No. 19). In the Motion, Defendant moves, pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, to consolidate <u>Smith v. Modern Polymers, Inc. et al.</u>, Case No. 3:21-cv-00324-RJC-DSC, with <u>EEOC et al. v. Modern Polymers, Inc.</u>, Case No. 3:21-cv-00221-RJC-DCK, for all purposes, including pre-trial discovery and trial. For good cause

shown, this Motion is **granted**.

        **IT IS, THEREFORE, ORDERED** that <u>Smith v. Modern Polymers, Inc. et al.</u>, Case No. 3:21-cv-00324-RJC-DSC is consolidated into <u>EEOC et al. v. Modern Polymers, Inc.</u>, Case No. 3:21-cv-00221-RJC-DCK, and that all future filings shall utilize the case number 3:21-cv-00221-RJC-DCK.

Signed: August 25, 2021

Robert J. Conrad, Jr.
United States District Judge